UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY W. DEAN, individually, and his
spouse GINGER ATHERTON, individually,
and both as members of their marital
community,

     Plaintiffs,

     v.

KARMA POWER, LLC, a Washington limited
liability company and a licensed Washington
collection agency.

     Defendant.

NO. 2:26-cv-00691-RSM

DECLARATION OF DENNIS MCGLOTHIN

I, Dennis McGlothin, hereby declares as follows:

1.    I am over 18 and otherwise competent to provide testimony in this case. I am a founder, manager and member of the Western Washington Law Group, PLLC ("WWLG") and counsel of record for Plaintiffs in this action.

2.    I make this declaration based on my own personal knowledge.

3.    Attached as **Exhibit A** to this Declaration is a true and correct copy of Defendant Karma Power, LLC's Initial Disclosures, receive via e-mail from Defendant's counsel on March 24, 2026.

DECLARATION OF DENNIS MCGLOTHIN - 1
Case No.: 2:26-cv-00691-RSM

**WESTERN WASHINGTON LAW GROUP, PLLC**
10485 NE 6th ST #2620
BELLEVUE, WA 98004
(425) 728-7296 docs@westwalaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements in this Declaration are true and correct.

Signed at Bellevue, WA on May 22, 2026

/s/ Dennis J. McGlothin

Dennis McGlothin (WSBA No. 28177)

DECLARATION OF DENNIS MCGLOTHIN - 2
Case No.: 2:26-cv-00691-RSM

**WESTERN WASHINGTON LAW GROUP, PLLC**
10485 NE 6th ST #2620
BELLEVUE, WA 98004
(425) 728-7296 docs@westwalaw.com