IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

| | |
|---|---|
| HENRY W. DEAN, individually, and his spouse GINGER ATHERTON, individually, and both as members of their marital community,<br><br>     Plaintiffs,<br>v.<br><br>KARMA POWER, LLC, a Washington limited liability company and a licensed Washington collection agency,<br><br>     Defendant. | NO. 2:26-cv-00691-RSM<br><br>PLAINTIFF'S REPLY TO MOTION TO EXTEND DEADLINE TO RESPOND TO KARMA POWER, LLC's MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br><br>JUNE 1, 2026 |

## I.     LIMITED REPLY

Plaintiffs Henry W. Dean and Ginger Atherton request that the court permit the one-day extension of time for which they filed their response to Defendant Karma Power, LLC's Motion to Dismiss. The Response was filed May 19, 2026, at 3:47 a.m., the next day after the due date of May 18, 2026.

## II.     STATEMENT OF FACTS

On April 27, 2026, Defendant filed a Motion to Dismiss. The Response Deadline was May 18, 2026. Plaintiffs filed their Response on May 19, 2026, at 3:47 a.m., having several hours earlier at midnight filed a Motion to Extend Time to File Response Brief. At present, the Court has not granted the extension of time, nor has Defendant opposed Plaintiffs' motion.

## III.     EVIDENCE RELIED UPON

Plaintiffs rely on the filings contained in this action.

REPLY TO MOTION FOR EXTENSION OF TIME - 1
NO. 2:26-cv-00691-RSM

**WESTERN WASHINGTON LAW GROUP, PLLC**
10485 NE 6th ST #2620
BELLEVUE, WA 98004
(425) 728-7296 docs@westwalaw.com

#### IV.        ARGUMENT

Under Fed. R. Civ. P. 6(b)(1)(A), the Court may, "for good cause," extend the time in which to act. Plaintiffs asserted good cause in their motion. Under Local Civil Rule 7(b)(2), if an opponent fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit.

#### V.        CONCLUSION

Because Defendant did not oppose Plaintiffs' motion, the Court should grant the 1-day extension of time, finding Plaintiffs' filing of their Response to Defendant's Motion to Dismiss timely.

Dated: May 28, 2026.

WESTERN WASHINGTON LAW GROUP, PLLC

*/s/Robert Cadranell*
Robert J. Cadranell, WSBA No. 41773
10485 NE 6th St. #2620
Bellevue, WA  98004
Email: docs@westwalaw.com
*Attorney for Plaintiffs*

REPLY TO MOTION FOR EXTENSION OF TIME - 2
NO. 2:26-cv-00691-RSM

**WESTERN WASHINGTON LAW GROUP, PLLC**
10485 NE 6th ST #2620
BELLEVUE, WA 98004
(425) 728-7296 docs@westwalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury that I am over the age of 18, competent to be a witness, not an interest party, and that a true and correct copy of the foregoing document was served by CM/.ECF electronic notice on all persons receiving notice of this case on the Court's CM/ECF system.

DATED this 28th Day of May, at Redmond, Washington.

/s/Eugene Yum
Eugene Yum, Legal Assistant

REPLY TO MOTION FOR EXTENSION OF TIME - 3
NO. 2:26-cv-00691-RSM

**WESTERN WASHINGTON LAW GROUP, PLLC**
10485 NE 6th ST #2620
BELLEVUE, WA 98004
(425) 728-7296 docs@westwalaw.com