UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY W. DEAN, *et al.*,

                  Plaintiffs,

        v.

KARMA POWER, LLC,

                  Defendant.

Case No. C26-691-RSM

ORDER GRANTING PLAINTIFFS'
MOTION FOR EXTENSION OF
TIME TO RESPOND TO MOTION
TO DISMISS

This matter comes before the Court on Plaintiffs' Motion for Extension of Time to Respond to Motion to Dismiss. Dkt. #27. Defendant's Motion to Dismiss is noted for May 26, 2026. Dkt. #12. Due to "a confluence of other deadlines and unanticipated staff shortage[,]" Plaintiffs request a one-day extension—from May 18 to May 19, 2026—to file their Response. Dkt. #27 at 1. Plaintiffs' Motion is noted for June 1, 2026. *Id*. However, Plaintiffs did, in fact, file their Response on May 19, 2026, at 3:47 a.m. Dkts. #28, #33 at 1.

"A motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline," LCR 7(j), and a motion for relief should be granted where "good cause" exists. *See Allstate Indem. Co. v. Lindquist*, No. C20-1508-JLR, 2022 WL 1443676, at *2 (W.D. Wash. May 6, 2022).

Given all of the above, the Court finds good cause to consider the instant Motion before the noting date and will grant Plaintiffs' Motion. *See* Fed. R. Civ. P. 1. The Court advises the

ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO
RESPOND TO MOTION TO DISMISS - 1

parties to file any future motions for extensions "sufficiently in advance" of any deadlines and to "not assume that the motion will be granted[.]"  LCR 7(j).

Accordingly, having considered the instant Motion and remainder of the record, the Court hereby finds and ORDERS that Plaintiffs' Motion for Extension of Time to Respond to Motion to Dismiss, Dkt. #27, is GRANTED.

DATED this 29th day of May, 2026.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO
RESPOND TO MOTION TO DISMISS - 2