UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY W. DEAN, individually, and his spouse GINGER ATHERTON, individually, and both as members of their marital community, | NO. 2:26-cv-00691-RSM |
| Plaintiffs, | DECLARATION OF HENRY DEAN |
| v. | |
| KARMA POWER, LLC, a Washington limited liability company and a licensed Washington collection agency. | |
| Defendant. | |

I, Henry Dean, hereby declares as follows:

1.     I am over 18 and otherwise competent to provide testimony in this case. I am the Plaintiff in this action.

2.     I make this declaration based on my own personal knowledge.

3.     On May 14, 2026, I attended an examination via zoom pursuant to an Order in Supplemental Proceedings in King County Case No. 25-2-28634-7-SEA.

4.     On June 3, 2026, 5 King County Sheriff's Officers arrived at my residence. 4 of them were armed.

DECLARATION OF HENRY DEAN - 1
Case No.: 2:26-cv-00691-RSM

5.    On the same day, Defendants' attorneys Andrew Escobar and Emily Vo, appeared at my residence.

6.    The Sheriffs Officers seized my gold-colored money clips and two sets of cufflinks, including my Marine Corps cufflinks.

7.    Attached as **Exhibit A** is the Sheriff's receipt I received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements in this Declaration are true and correct.

Signed at Sammamish, WA on June 12, 2026.

Henry Dean

DECLARATION OF HENRY DEAN - 2
Case No.: 2:26-cv-00691-RSM

**WESTERN WASHINGTON LAW GROUP, PLLC**
10485 NE 6th ST #2620
BELLEVUE, WA 98004
(425) 728-7296 docs@westwalaw.com