UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY W. DEAN, individually, and his spouse GINGER ATHERTON, individually, and both as members of their marital community,<br><br>        Plaintiffs,<br><br>        v.<br><br>KARMA POWER, LLC, a Washington limited liability company and a licensed Washington collection agency.<br><br>        Defendant. | NO. 2:26-cv-00691-RSM<br><br><br>DECLARATION OF DENNIS J. MCGLOTHIN |

I, Dennis McGlothin, hereby declares as follows:

1.      I am over 18 and otherwise competent to provide testimony in this case. I am the Plaintiff in this action.

2.      I make this declaration based on my own personal knowledge.

3.      Attached as **Exhibit A** is a true and correct copy of the Foreign Judgment Summary filed by Karma Power's Counsel, in King County Case No. 25-2- 28634-7, hereinafter referred to as the "King County Case".

DECLARATION OF DENNIS MCGLOTHIN- 1
Case No.: 2:26-cv-00691-RSM

**WESTERN WASHINGTON LAW GROUP, PLLC**
10485 NE 6th ST #2620
BELLEVUE, WA 98004
(425) 728-7296 docs@westwalaw.com

4.      Attached as **Exhibit B** is a true and correct copy of Karma Power, LLC's Motion to Commence Supplemental Proceedings against Henry Dean, in King County Case.

5.      Attached as **Exhibit C** is a true and correct copy of Karma Power, LLC's Reply Supporting Motion to Commence Supplemental Proceedings in the King County Case.

6.      Attached as **Exhibit D** is a true and correct copy of the Order Granting Supplemental Proceedings in the King County Case.

7.      Attached as **Exhibit E** is a true and correct copy of the transcript of the examination of Henry Dean in the King County Case. Page 3 of this transcript lists all Exhibits shared between the parties attending.

8.      On May 4, 2026, I attended a meet-and-confer conference with Andrew Escobar and Emily Vo of Seyfarth Shaw, LLP.

9.      At no point during the meet-and-confer conference, did Mr. Escobar or Ms. Vo state their basis for withholding documents in discovery.

Signed at Bellevue, WA on June 12, 2026.

*/s/Dennis J. McGlothin*

Dennis J. McGlothin

DECLARATION OF DENNIS MCGLOTHIN- 2
Case No.: 2:26-cv-00691-RSM

**WESTERN WASHINGTON LAW GROUP, PLLC**
10485 NE 6th ST #2620
BELLEVUE, WA 98004
(425) 728-7296 docs@westwalaw.com